Philip H. KURZ, Claimant–Appellee,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellant.

No. 2006–7280.

United States Court of Appeals, Federal Circuit.

July 5, 2007.

ON MOTION

*ORDER*

Upon consideration of the Secretary of Veterans Affairs' unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.

Bernard D. SANTARSIERO, Raymond C. Stevens, Peter G. Schultz, Joseph M. Jaklevic, Derek T. Yegian, Earl Cornell, Robert A. Nordmeyer, Jian Jin, William F. Kolbe, Arthur L. Jones, and Donald C. Uber, Appellants,

v.

Lawrence James DELUCAS, Appellee.

No. 2007–1372.

United States Court of Appeals, Federal Circuit.

July 5, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).